In the Matter of the Application of CRANE-BERKLEY CORPORATION, Respondent, against FRED LAVIS and Others, Being the Board of Assessors of the Village of Scarsdale, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of Proving the Last Will and Testament of MARY KEENAN, Deceased. MARGARET K. SCHAUB and Others, Appellants; JAMES J. KEENAN and Another, as Executors, etc., of MARY KEENAN, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for five days after the entry of the order herein. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

CHARLES C. JAMES, Respondent, v. ALDERTON DOCK YARDS, LTD., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

W. H. JONES, Respondent, v. THE CUNARD STEAM SHIP COMPANY, LTD., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

MANHIG HOLDING CORPORATION, Respondent, v. GELLER BUILDING CORPORATION and Others, Defendants; SOLOMON GRAYZEL and Another, as Executors and Trustees, etc., of AARON MEISLEN, Deceased, Appellants; HYMAN D. RAPPS, Receiver, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

SAMUEL QUOSSA, Respondent, v. SEA BREEZE HOLDING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ARTHUR F. STRANG, as Administrator, etc., of BERTHA S. STRANG, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant. — Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

AMERICAN RADIATOR COMPANY, Respondent, v. MONTAGUE COURT, INC., and Others, Defendants, Impleaded with COURT AND MONTAGUE STREET REALTY CORPORATION and THE ÆTNA CASUALTY AND SURETY COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

ASTORIA MORTGAGE CO., INC., Respondent, v. THE LONG ISLAND NATIONAL BANK OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.